

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00170-CR

Alice Vega **FIALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. NM 308410
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on July 26, 2017.

_Marialyn Barnard_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk